UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 03863
   JOSEPH A SAMMONS SR
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
            Debtor
   SSN XXX-XX-8082
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 04/07/06 and confirmed on 06/28/06.

   2. The case was dismissed after confirmation, 08/24/2007.

   3. The Debtor paid a total of $ 32942.20 .

   4. The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | 31355.75 | .00 | 31355.75 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 6824.87 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | 9899.00 | .00 | 400.00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| TINA SAMMONS | CHILD SUPPORT | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | .00 | .00 | .00 |
| CHASE MANHATTAN MORTGAGE | UNSECURED | 2972.00 | .00 | .00 |

        Summary of disbursements:

---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 48079.62 | .00 | 2972.00 | .00 | 51051.62 |
| PRINCIPAL PAID | 31755.75 | .00 | .00 | .00 | 31755.75 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 31755.75 | .00 | .00 | .00 | 31755.75 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   3000.00
and was paid $   200.00  direct and $      .00  through the plan.

The Trustee received $   1186.45 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 11/15/07                         /s/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 06 B 03863 JOSEPH A SAMMONS SR